**SO ORDERED.**

**SIGNED this 28 day of August, 2018.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:
JUDY HARRISON TILLERY-BUGGS

Soc.Sec.No.: xxx-xx-7771
Mailing Address: Post Office Box 774
Rocky Mount, NC 27802

CASE NO.  17-04230-5-DMW
CHAPTER   13

**DEBTOR**

**CONSENT ORDER**

**UPON THE TRUSTEE'S MOTION TO DISMISS** dated 7/2/18, and with the consent of the Trustee and the Debtor, upon due consideration of the Court,

**IT IS ORDERED** that said motion be denied.

**HOWEVER, IT IS ALSO ORDERED** that the following conditions shall apply:

The Debtor shall resume making her **"regular"** monthly Chapter 13 plan payments of $627.00 per month, starting with the payment due on 7/1/18. In the event that the Debtor fails to make any regular payment within 30 days after the date that it is due, this case shall be deemed immediately dismissed, upon notification by the Trustee to the Court, without the need for the Trustee to reapply to the Court. This "drop dead" provision shall terminate after 7 months (That is, it shall apply to payments starting on 7/1/18 and continuing to and including the payment due on 1/1/19).

In addition to resuming regular plan payments, the Debtor shall make an **extra** payment to the Chapter 13 Trustee in the amount of $280.00 per month for a total of 6 extra payments, starting with the payment due on 8/1/18 and continuing to and including the payment due on 1/1/19. In the event that the Debtor fails to make any such payment within 30 days after the date that it is due, this case shall be deemed immediately dismissed, without further hearing or order, upon notification by the Trustee to the Court.

(CONTINUED PAGE 2)

17-04230-5-DMW
JUDY HARRISON TILLERY-BUGGS
PAGE 2

We consent to the entry of this order.

  s/ Shawn Orcutt
_____
Shawn Orcutt
Attorney for Debtor
N.C. State Bar No.: 43112
6616-203 Six Forks Road
Raleigh, N.C. 27615
Telephone: 919-847-9750

  s/ John F. Logan, Trustee
_____
John F. Logan
Chapter 13 Trustee
N.C. State Bar No:12473
Post Office Box 61039
Raleigh, NC 27661-1039
Telephone: (919) 876-1355

                                End of Document